IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

RECEIVED
JUL 31 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:22-cr-30 |
| | ) | |
| v. | ) | WAIVER OF TRIAL BY JURY |
| | ) | WAIVER OF SPECIAL FINDINGS OF |
| KIRA KRISTINA ZIELINSKI, | ) | FACT |
| | ) | |
| Defendant. | ) | |

The undersigned defendant hereby waives the right to a trial by jury and requests the court to try the charge against her in this case without jury. Defendant further waives the right to request any special findings of fact as provided by Rule 23(c) of the Federal Rules of Criminal Procedure.

31 July 2023
_____
Date

_____
Kira Zielinski
Signature of Defendant

The undersigned attorney for Defendant represents that prior to the signing of the foregoing waiver, Defendant was fully advised as to the rights of an accused under the Constitution and laws of the United States to a speedy and public trial by jury, and the right to request special findings in a case tried without a jury; and further represents that, in his opinion, the above waiver by the defendant of trial by jury and special findings is voluntarily and understandingly made, and recommends to the court that the waiver be approved.

July 31, 2023
_____
Date

_____
Knut Johnson
Attorney for Defendant

1

The United States Attorney hereby consents that the case be tried without a jury, and waives the right to request any special findings of fact as provided by Rule 23(c) of the Federal Rules of Criminal Procedure.

Richard D. Westphal
United States Attorney

By: _____

Clifford R. Cronk, III
Assistant United States Attorney

APPROVED:

7/31/2023
Date

Stephanie M. Rose, Chief Judge
United States District Court for the
Southern District of Iowa

2