REQUEST FOR OATH OF OFFICE

Kira K. Zielinski
c/o Working Alternatives
1120 W. Kaibab Ln
Flagstaff, AZ 86001

                          30 September 2024

US District Court
Southern District of Iowa
123 East Walnut Street, Suite 300
Des Moines, IA  50309

Freedom of Information Act 5 USC 552
Privacy Act 552(a)
Brady vs. Maryland 373 US 83 (1963

re: REQUEST FOR OATH OF OFFICE

Pursuant to the statutes reserved herein and local rules, this letter serves
as my official request for the following:

(1) Requesting the Oath of Office for Chief District Judge Stephanie M. Rose,
United States District Judge for the Southern District of Iowa.

(2) Requesting the Oath of Office for Chief Magistrate Judge Stephen B. Jackson, Jr.
United States Magistrate Judge for the Southern District of Iowa.

Pursuant to the statutes, this information is to be sent to me at
no additional cost or fees. In addition, this information is due within
the 20 calendar days mandated by Congressional order.

I look forward to receiving these record on or before October 20, 2024,
as time is of the essence. _Thank you very much!_

                    Most Respectfully,

                    Kira K. Zielinski
                    September 30, 2024

Kira Zielinski
c/o Working Alternatives
1120 West Kaibab Ln
Flagstaff, AZ 86001

PHOENIX AZ 852
30 SEP 2024   PM 10 L

X-RAYED & CLEARED U.S.M.S.

Clerk of Court
US District Court
Southern District of Iowa
123 East Walnut Street, Suite 300
Des Moines, IA 50309

50309-208499